**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1348**

ITMANN COAL COMPANY, c/o HealthSmart Casualty Claims Solutions,

        Petitioner,

        v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; MARVIN LAWRENCE,

        Respondents.

On Petiton for Review of an Order of the Benefits Review Board.
(15-0123 BLA)

Submitted: December 20, 2016        Decided: January 18, 2017

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Christopher M. Green, JACKSON KELLY PLLC, Charleston, West Virginia, William S. Mattingly, JACKSON KELLY PLLC, Lexington, Kentucky, for Petitioner. Joseph E. Wolfe, WOLFE WILLIAMS & REYNOLDS, Norton, Virginia, for Respondent Marvin Lawrence.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Itmann Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits to former miner Marvin Lawrence, pursuant to 30 U.S.C. §§ 910-944 (2012). Our review of the record leads us to conclude that the Board's decision is based on substantial evidence and is without reversible error. See Lawrence v. Itmann Coal Co., No. 15-0123 BLA (B.R.B. Jan. 29, 2016). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED